UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


LISA M. SWEIDAN,                      :     Case No.: 1:10-cv-00719
                                      :
        Plaintiff,                    :
                                      :
                                      :
        v.                            :     **ORDER**
                                      :
                                      :
SUN CHEMICAL CORPORATION,             :
et al.,                               :
                                      :
        Defendants.                   :


    This matter is before the Court on motion of Defendants for

Admission of Attorney Keisha-Ann G. Gray *Pro Hac Vice* (doc. 7).

    IT IS HEREBY ORDERED THAT this Motion is GRANTED and Attorney

Keisha-Ann G. Gray is hereby admitted to practice *pro hac vice* as

counsel for Defendants pursuant to S. D. Ohio Civ. R. 83.3(e).

    This Order is conditioned upon the applicant's registration

and participation in the Court's electronic filing system. See:

www.ohsd.uscourts.gov.

        SO ORDERED.


Date: March 17, 2011          s/S. Arthur Spiegel
                              S. Arthur Spiegel
                              United States Senior District Judge