AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

LISA SWEIDAN

Case Number:   1:10-cv-00719

V.

SUN CHEMICAL CORPORATION          Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the PRELIMINARY PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Chambers, Room 838 |
| | DATE AND TIME<br>MAY 5, 2011 at 11:00 AM |

SPECIAL INSTRUCTIONS:

1. Rule 26(f) Conference should be held by April 14, 2011

2. Filing of Rule 26(f) Report by April 28, 2011

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.