# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| LISA M. SWEIDAN, | Case No.: 1:10-cv-00719-SAS-KLL |
| Plaintiff, | Hon. S. Arthur Spiegel |
| v. | |
| SUN CHEMICAL CORPORATION, KIMBERLY CLARK, JOE CIONNI, GAYLE WIRTHWINE, SCOTT CHASE, JOHN ROZIER, MARTY SALYERS, AND TONY ZWIRGDZAS, | **DEFENDANT SUN CHEMICAL CORPORATION'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST PURSUANT TO FED. R. CIV. P. 7.1** |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sun Chemical Corporation hereby certifies that it is a subsidiary of Sun Chemical Group Coöperatief U.A. and its ultimate parent corporation is DIC Corporation, which is publicly-traded on Japan's Nikkei Stock Exchange.

Dated: April 6, 2011
      New York, New York

Respectfully submitted,

*/s/ Robin D. Ryan*
Robin D. Ryan (0074375)
GRAYDON HEAD & RITCHEY LLP
7759 University Drive, Suite A
West Chester, OH 45069
Phone: (513) 755-4502
Fax: (513) 755-9588
E-mail: rryan@graydon.com

/s/Kathleen M. McKenna
Kathleen M. McKenna
Keisha-Ann G. Gray
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Phone: (212) 969-3130
Fax: (212) 969-2900
E-mail: kmckenna@proskauer.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

/s/ Robin D. Ryan
Robin D. Ryan (0074375)
GRAYDON HEAD & RITCHEY LLP

3077646.1