**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LISA M. SWEIDAN,  :  Case No.: 1:10-cv-00719-SAS-KLL
                  :
        Plaintiff,  :  Hon. S. Arthur Spiegel
                  :
    v.            :
                  :
SUN CHEMICAL CORPORATION,  :
KIMBERLY CLARK, JOE CIONNI,  :
GAYLE WIRTHWINE, SCOTT CHASE,  :
JOHN ROZIER, MARTY SALYERS, AND  :
TONY ZWIRGDZAS,  :
                  :
        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REPORT OF PARTIES' PLANNING MEETING**
<u>**UNDER FED. R. CIV. P. 26(f) L.R. 16.3(1)**</u>

Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on April 14, 2011, and was attended by:

(i) Charles T. Lester, Jr., Esq., counsel for Plaintiff; and
(ii) Keisha-Ann G. Gray, Esq., counsel for Defendants.

I. <u>RECOMMENDED DISCOVERY PLAN</u>

(a) The parties agree to exchange their Rule 26(a) disclosures by **April 28, 2011**.

(b) Subjects on which discovery is to be sought and the nature and extent of discovery:

Discovery shall be conducted on all of Plaintiff's claims and the defenses of Defendants. Further, the discovery need not be bifurcated.

(b) The Parties anticipate the need for a Confidentiality Stipulation to protect from public disclosure any personal information, personnel files and proprietary information. The parties will negotiate said Stipulation and submit a Joint Proposed Confidentiality Order to the Court in compliance with Procter & Gamble Co. v. Bankers Trust Co., 78 F.3d 219 (6th Cir. 1996).

(c) The Parties respectfully submit the following recommendations for the Court's consideration and approval:

- Recommended cut-off for amending pleadings and/or adding parties: **May 31, 2011**.

- Recommended date for Plaintiff to identify all experts and produce all expert reports: **November 1, 2011**.

- Recommended date or Defendants to identify all experts and produce all expert reports: **December 15, 2011**.

- Discovery cut-off date: **March 15, 2012**.

- Changes or limitations to discovery: **None**.

- Anticipated discovery problems: **None** except that this action may be related to an action styled *Griffin v. Sun Chemical Corp., et al, 10-cv-0744* that is currently pending before The Honorable Sandra D. Beckwith.

II. OTHER MATTERS FOR THE ATTENTION OF THE COURT

- Cut-off for Dispositive Motions: **May 15, 2012**.

- The Parties anticipate that the case will be ready for trial in or after **September 2012**.

- The Parties do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c).

Respectfully Submitted,

April 28, 2011

ERIC C. DETERS & ASSOCS.  
5247 Madison Pike  
Independence, KY 41051

By __/s Charles T. Lester, Jr._____  
Charles T. Lester, Jr.  
*Attorney for Plaintiff*

PROSKAUER ROSE LLP  
11 Times Square  
New York, NY 10036

By ___/s Keisha-Ann G. Gray_____  
Kathleen M. McKenna  
Keisha-Ann G. Gray  
*Attorneys for Defendants*

GRAYDON HEAD & RITCHEY LLP  
7799 University Drive Suite A  
West Chester, OH 45069

By ___/s Robin D. Ryan_____  
Robin D. Ryan  
*Local Counsel for Defendants*

2

8528/67124-008 Current/23020790v2