UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LISA SWEIDAN, | : | NO. 1:10-CV-00719 |
| Plaintiff, | : | |
| vs. | : | <u>PRELIMINARY PRETRIAL ORDER</u> |
| SUN CHEMICAL COMPANY, et al., | : | |
| Defendants. | : | |

A preliminary pretrial conference in this matter was held on the 5th day of May, 2011, before The Honorable S. Arthur Spiegel, United States Senior District Judge for the Southern District of Ohio.

In attendance:  For plaintiff:  Charles T. Lester, Jr., Esq.

For defendants:  Robin D. Ryan, Esq.
Keisha Ann Gray, Esq.

## I
## PROCEEDINGS FOR TRIAL

This matter will proceed to trial as follows:

(A) Any dispositive motions will be filed by January 1, 2012. Motions must be filed by this date, and any motions filed after this date may be subject to a motion to strike. Parties are referred to Local Rule 7.2, which restricts letters to the Court. Correspondence with the Court should be by motion, except as expressly permitted by the Rule.

(B) Discovery will be completed by December 1, 2011. All matters relating to discovery will be referred to the United States Magistrate Judge to whom the case has been assigned.

(C) A final pretrial conference has been tentatively scheduled for February 16, 2012, at 11:00 A.M.

(D) Trial has been tentatively scheduled for March 20, 2012, on an on-deck basis. On-deck trials will be released late Thursday afternoon the week before the scheduled trial date.

(E) This is expected to be a three-day jury trial.

(F) A settlement conference is tentatively scheduled for October 20, 2011, at 2:00 P.M. Persons with settlement authority must be available, either in person or by telephone.

(G) The parties have completed their mandatory Rule 26(f) conference and have submitted a Joint Discovery Agreement which the Court accepts.

(H) Any proposed jury instructions, jury interrogatories, and/or special verdict forms are to be submitted at least three (3) business days before the trial date and must cite to all sources used. In addition, the Court requests that the parties submit such documents to the Chambers on a computer disc that is compatible with WordPerfect version 8.0 or 10.0 or a CD-ROM.

(I) Exhibits are to be submitted at least ten days prior to trial.

(J) Any motions or entries for extensions of time must recite the final pretrial date and trial date.

## II
## ORDERING OF TRANSCRIPTS

Any request for daily copy of a trial should be made to the Judge's Court Reporter at the time of the final pretrial conference. Under no circumstances will the Judge allow a daily transcript or an over-night transcript if daily copy is not arranged in advance of trial.

## III
## STATUS REPORTS

It will not be necessary for counsel to advise the Court in writing on the status of this case.

## IV

## ADDITIONAL CONFERENCES

If the need for the Court's assistance arises, counsel may make a joint appointment for additional conferences.

## V
## TRANSFERRAL

In accordance with Western Division Rule No. 1 and Rule 53, Federal Rules of Civil Procedure, this matter may be transferred to the United States Magistrate Judge for disposition or for him to serve as Master.

SO ORDERED.


Date: May 10, 2011  /s/ S. Arthur Spiegel
S. Arthur Spiegel
United States Senior District Judge